No. 84–1670.   FG FLEUZEUGLEASING GMBH ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–1688.   OSPINA *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–1690.   ENRIQUEZ *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 84–1696.   HEANEY *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–6102.   JENSEN *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.   Certiorari denied.

No. 84–6196.   JOOST *v.* UNITED STATES PAROLE COMMISSION. C. A. 10th Cir.   Certiorari denied.

No. 84–6303.   BALDONADO *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 84–6329.   JOHNSON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–6495.   WILLIAMS *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 84–6502.   MING SHEN WONG *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 84–6503.   PETERSON *v.* MELTON ET AL.   C. A. 6th Cir. Certiorari denied.

No. 84–6512.   HARVEY *v.* ANDRIST ET AL.   C. A. 5th Cir. Certiorari denied.

No. 84–6514.   LEPISCOPO *v.* SHUMAN ET AL.   C. A. 10th Cir. Certiorari denied.

No. 84–6525.   HERRINGTON *v.* TOMASKY ET AL.   Cir. Ct. W. Va., Monongalia County.   Certiorari denied.

No. 84–6533.   RYDER *v.* MORRIS, SUPERINTENDENT, MOBERLY TRAINING CENTER FOR MEN.   C. A. 8th Cir.   Certiorari denied.

No. 84–6535.   MAGEE *v.* DABDOUB ET AL.   C. A. 5th Cir. Certiorari denied.